

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

10/23/2024 01:30 PM

COURTROOM   8B

HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:24-bk-05278-CPM** | 13 | 09/05/2024 |

**Chapter 13**

**DEBTOR:**   Dawn Ohlsson

**DEBTOR ATTY:**   NA

**TRUSTEE:**   Jon Waage

**HEARING:**

Motion to Dismiss Case with Injunction. Filed by U.S. Trustee United States Trustee - TPA7/13 7. (Dorr, Teresa) Doc #25

**APPEARANCES:**:
AAPPEARANCES: via zoom: Dawn Ohlsson APPEARANCE in person: Teresa Dorr

**RULING:**
Motion to Dismiss Case with Injunction. Filed by U.S. Trustee United States Trustee - TPA7/13 7. (Dorr, Teresa) Doc #25

  ...Continued to 11/13/2024 at 3:15 p.m. - Case Manager to send notice...

  All parties may attend the hearing in person. Parties are directed to review Judge McEwens Procedures Governing Court AAPPEARANCES: (available at   https://www.flmb.uscourts.gov/judges/mcewen ) for her policies and procedures for remote attendance at hearings by video or telephone via Zoom.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.