**[Dntchrg]** [District Notice of Hearing (Reaf)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

Dawn C. Ohlsson
aka  Dawn C. Marchette−Ohlsson
dba  Dawn C. Ohlsson

Case Number:
8:24−bk−05278−CPM
Chapter 13

_____Debtor*_____/

## NOTICE OF HEARING

**PLEASE TAKE NOTICE:**

1. The Honorable Catherine Peek McEwen will conduct a non−evidentiary hearing on **November 13, 2024 at 03:15 PM in Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602** to consider the following:

   **Motion to Dismiss Case with Prejudice filed by the United States Trustee (Doc. No. 32)**

2. All parties may attend the hearing in person. Parties are directed to review Judge McEwen's Procedures Governing Court Appearances (available at https://www.flmb.uscourts.gov/judges/mcewen) for her policies and procedures for remote attendance at hearings by video or telephone via Zoom. If an unrepresented party is unable to access the Court's website, please contact the Courtroom Deputy at 813−301−5151 no later than 6:00 p.m. one business day before the date of the hearing.

3. A party that opposes the relief sought in the matter to be heard must appear at the hearing; otherwise, any objection or defense may be deemed waived.

4. The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

**Avoid delays at Courthouse security checkpoints**. You must show a photo I.D. to enter the Courthouse. Except in the Orlando Courthouse, you may not bring a cell phone or a computer into the Courthouse unless you are an attorney with a valid Florida Bar identification card or a pro hac vice order, or the presiding judge has entered a specific order authorizing you to bring your cell phone or computer into the Courthouse. *See* Rule 7.02 of the Local Rules of the United States District Court for the Middle District of Florida and Rule 5073−1 of this Court's Local Rules.

Dated  October 24, 2024

FOR THE COURT
Sheryl L. Loesch,
Clerk of Court
Sam M. Gibbons United States Courthouse

801 North Florida Avenue<br>Suite 555<br>Tampa, FL 33602

*All references to "Debtor" include and refer to both the debtors in a case filed jointly by two individuals.
The Clerk's office is directed to serve a copy of this Notice on interested parties.